UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAVON PIERCE,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>        Defendants. | No. 2:15-cv-0485-EFB P<br><br>ORDER |

    Plaintiff is a state prisoner proceeding without counsel in a civil action. He appears to allege a violation of his federal rights in Fresno and/or at the California Correctional Institute, which is in Kern County, California. Both Fresno and Kern Counties are in the Fresno Division of the United States District Court for the Eastern District of California, and this action should have been commenced there. E.D. Cal. Local Rule 120(d). Where a civil action has not been commenced in the proper division of a court, the court may, on its own motion, transfer the action to the proper division. E.D. Cal. Local Rule 120(f).

/////

/////

/////

/////

1

1 | Accordingly, it is hereby ordered that:

2 | 1. This action is transferred to the Fresno Division.

3 | 2. The Clerk of Court shall assign a new case number.

4 | 3. All future filings shall bear the new case number and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: March 25, 2015.

_/s/ Edmund F. Brennan_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE