UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAVON PIERCE, <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., <br><br> Defendants. | Case No.: 1:15-cv-00482-BAM PC <br><br> ORDER RE PLAINTIFF'S NOTICE OF IMMINENT DANGER <br><br> (ECF No. 9) |

  Plaintiff Seavon Pierce ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on March 4, 2015, and the matter was transferred to this Court on March 26, 2015. On April 10, 2015, Plaintiff filed a document entitled "Notice of Imminent Danger." (ECF No. 9.) The Court has reviewed the notice, but does not find any evidence supporting Plaintiff's claim of imminent danger. Rather, Plaintiff is complaining about the alleged concealing of events that occurred in 2013. (ECF No. 9, p. 5 and Exs. A, C, D.) As there is no basis warranting immediate relief, the Court declines to take any action on Plaintiff's notice.

IT IS SO ORDERED.

  Dated: __April 13, 2015__         /s/ *Barbara A. McAuliffe*
                     UNITED STATES MAGISTRATE JUDGE